**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**LAMONT ZAMICHIELI,**                    :

      **Plaintiff**                    :

      **v.**                    :    **CIVIL ACTION NO. 3:17-1898**

**THERESA DELBALSO, et al.,**      :              **(JUDGE MANNION)**

      **Defendants**                    :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiff's original complaint for Plaintiff's failure to comply with Rule 8 and Rule 20 of the Federal Rules of Civil Procedure, (Doc. 24), will be **GRANTED**.

2. The Plaintiff shall file an amended complaint on, or before, August 30, 2018.

3. The Plaintiff's amended complaint shall be complete, in and of itself, without reference to any prior filings.

4. The Plaintiff's amended complaint shall include any and all defendants whom the plaintiff wishes to name in this action.

5. The Plaintiff's amended complaint must include appropriate allegations of the defendant(s) personal involvement.

6. The Plaintiff's amended complaint must specifically state which constitutional right he alleges the defendant(s) have violated.

7. In accordance with" Fed.R.Civ.P. 8(a)(2), the Plaintiff's

amended complaint shall set forth a short and plain statement of the grounds upon which the court's jurisdiction depends.

8.      In accordance with Fed.R.Civ.P. 10(b), the Plaintiff's amended complaint shall be divided into separate, numbered paragraphs, the contents of each of which shall be limited, as far as practicable, to a statement of a single set of circumstances.

9.      In accordance with Fed.R.Civ.P. 8(d), each averment of the plaintiff's amended complaint shall be simple, concise and direct.

10.     The Plaintiff's amended complaint shall contain a short and plain statement of the claim for relief and a demand for specific judgment.

11.     Should the Plaintiff fail to file his amended complaint within the required time period, or fail to follow the above mentioned procedures, the Court will dismiss this action.

12.     Defendant Megheni's motion to dismiss for failure to state a claim (Doc. 26) is **DEEMED MOOT**.

13.     Plaintiff's motion for default judgment (Doc. 40) and permanent injunction (Doc. 35) are **DISMISSED** as moot.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: August 6, 2018
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1898-01 order.wpd